

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-26-00482-CV

———————————————————

IN RE MICHAEL BACHAND, Relator

---

Original Proceeding
City of Westworth Village, Texas

---

Before Bassel, Kerr, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and motion for temporary stay and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for temporary stay are denied.

Per Curiam

Delivered:  July 27, 2026